No. 1398.   BAXTER *v.* RAGEN, WARDEN ; and

No. 1399.   CUNNINGHAM *v.* RAGEN, WARDEN.   Petitions for writs of certiorari to the Supreme Court of Illinois; and

No. 1400.   MCCOLLISTER *v.* RAGEN, WARDEN.   Petition for writ of certiorari to the Criminal Court of Cook County, Illinois.   June 9, 1947.   Denied.

No. 1040.   MCCANN *v.* CLARK, ATTORNEY GENERAL OF THE UNITED STATES, ET AL.   June 9, 1947.   The motion for oral argument and other relief is denied.   The petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit is also denied.   Petitioner *pro se.* *Acting Solicitor General Washington* for respondents.

No. 1220.   JENSEN *v.* UNITED STATES.   June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied.   Petitioner *pro se.* *Acting Solicitor General Washington, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 1311.   NELSON *v.* UNITED STATES.   June 16, 1947. Petition for writ of certiorari to the Court of Claims denied.   *Robert A. Littleton* for petitioner.   *Acting Solicitor General Washington, Sewall Key, Helen R. Carloss* and *H. S. Fessenden* for the United States.

No. 1314.   SOUTHERN PACIFIC CO. *v.* UNITED STATES. June 16, 1947.   Petition for writ of certiorari to the Court of Claims denied.   *C. O. Amonette* and *Lawrence Cake* for petitioner.   *Acting Solicitor General Washington,*

*Peyton Ford* and *Oscar H. Davis* for the United States.

No. 1320. Cave *v.* United States. June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Walter F. Maley* and *Charles W. Bowers* for petitioner. *Acting Solicitor General Washington, Sewall Key* and *Ellis N. Slack* for the United States.

No. 1321. Poteet et al. *v.* Rogers. June 16, 1947. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Marcy K. Brown, Jr.* for petitioners. *John B. Gage* and *Richard K. Phelps* for respondent.

No. 1324. J. L. Hudson Co. *v.* National Labor Relations Board. June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Archibald Broomfield* for petitioner. *Acting Solicitor General Washington, Gerhard P. Van Arkel, Morris P. Glushien* and *Ruth Weyand* for respondent.

No. 1329. Todd Shipyard Corp. *v.* Puleo, Administratrix, et al.; and

No. 1384. H. E. Moss & Co. *v.* Puleo, Administratrix, et al. June 16, 1947. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Paul Speer* for petitioner in No. 1329. *Raymond Parmer* and *Vernon Sims Jones* for H. E. Moss & Co., petitioner in No. 1384 and respondent in No. 1329.